UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                                   RE:    Alejandro Lopez VELAZQUEZ
                                              Docket Number:   1:05CR00168-02
                                              **REQUEST FOR CONTINUANCE OF JUDGMENT AND SENTENCE**

Your Honor:

On December 9, 2009, the offender appeared before Magistrate Judge Gary Austin, and admitted all of the violations of supervised release as alleged in the 12C Petition filed with the Court on November 13, 2009.  Disposition in this matter was set for January 11, 2010. The offender has acknowledged he is suffering from drug addiction and has been assessed and accepted into the Stanislaus County Recovery Center Inpatient Drug Treatment Program located in Ceres, California.  He has been waiting for a bed space to become available for several weeks.  Mr. Velazquez was notified there will be a bed available for him in the program on December 30, 2009, and he has been instructed to report that date by 8:00 a.m.

This officer is respectfully requesting that Disposition in this matter be continued from January 11, 2010, to February 1, 2010,  at 9:00 a.m., to allow the offender to concentrate on successfully completing the inpatient portion of his drug treatment program.  Upon completion of the 30 days inpatient treatment, the offender will begin a 12-week day treatment program to be followed by 12 more weeks of intensive outpatient services.

                                         Respectfully submitted,

                                         /s/ Sandra K. Dash

                                         **SANDRA K. DASH**
                                         **United States Probation Officer**

**RE:    Alejandro Lopez VELAZQUEZ**
**       Docket Number:   1:05CR00168-02**
**       REQUEST FOR CONTINUANCE**


Dated:     December 31, 2009
           Modesto, California
           SKD:lr


**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**


cc:   James Terzian
      Assistant United States Attorney

      Brian Andritch
      Defense Counsel


__X__   Approved

___     Disapproved


IT IS SO ORDERED.

**Dated:   January 4, 2010**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE